# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **NATHANIEL ERVIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| **BUDDI U.S., LLC,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL OF BUDDI U.S., LLC

Defendant Buddi U.S., LLC ("Defendant Buddi"), by and through its undersigned counsel, respectfully submits this Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division. In support of removal, Defendant Buddi states the following:

1. On or about November 15, 2021, Plaintiff Nathaniel Ervin ("Plaintiff") filed a civil action against Defendant in the Superior Court of Fulton County, Case No. 2021CV356730, asserting claims under Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e ("Title VII") and 42 U.S. Code § 1981.

2. Plaintiff served Defendant Buddi on March 18, 2022. Accordingly, Defendant Buddi timely files this Notice of Removal within 30 days after service of the Complaint, as required by 28 U.S.C. § 1446(b).

3. These above-mentioned pleadings are attached as Exhibit A, as required under 28 U.S.C. § 1446(a). These are the only process, pleadings, and orders served on or filed by Defendant in this action.

4. The Fulton County Superior Court is located within the Atlanta Division of the Northern District of Georgia. 28 U.S.C. § 90. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because one or more of Plaintiff's claims arise under the Constitution, laws, or treaties of the United States. Specifically, Plaintiff asserts claims of discrimination and retaliation under Title VII related to alleged sexual harassment and breach of contract under 42 U.S. Code § 1981. Accordingly, this action is properly removed to this Court pursuant to federal question jurisdiction under 28 U.S.C. § 1441(a).

6. This action is also removable pursuant to diversity jurisdiction under 28 U.S.C. § 1332(a), which provides, "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States…."

7.	Plaintiff represents that he is a citizen of Georgia. (Compl. ¶ 5.) Buddi is a foreign corporation incorporated in the state of Florida, and has its principal place of business in Dunedin, FL which is located in Pinellas County Florida. Therefore, Defendant Buddi is a citizen of Florida within the meaning of 28 U.S.C. § 1332.

8.	Plaintiff alleges an amount in controversy of $300,000.00 in his Complaint. (*See* Compl. ¶ 5.)

9.	A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of Fulton County, Georgia, and a copy is being served on Plaintiff as required by 28 U.S.C. § 1446(d). A copy of the Notice to Superior Court of Fulton County of Filing Notice of Removal is attached hereto as Exhibit B.

10.	By removing this matter, Defendant Buddi does not waive or intend to waive any defense.

WHEREFORE, having fully complied with all requirements for removal of this action, Defendant Buddi requests that the action now pending in the Superior Court of Fulton County, Georgia, be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 15th day of April, 2022.

/s/ A. Jonathan Jackson

3

        Nathan J. Allen
Georgia Bar No. 141304
nathan.allen@ogletree.com
A. Jonathan Jackson
Georgia Bar No. 852077
jonathan.jackson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone: 404-881-1300
Fax: 404-870-1732

***Attorneys for Defendant***

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NATHANIEL ERVIN,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| **BUDDI U.S., LLC,** | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

It is hereby certified that on April 15, 2022 the foregoing **NOTICE OF REMOVAL OF BUDDI U.S., LLC** was filed electronically with the Clerk of Court using the CM/ECF system. I further certify that I served the foregoing on the below pro se Plaintiff via U.S. Mail:

Nathaniel Ervin
455 Washington Road
Apartment 12-1J
Atlanta, GA 30349

*/s/ A. Jonathan Jackson*
A. Jonathan Jackson
Georgia Bar No. 852077

5