# EXHIBIT B

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **NATHANIEL ERVIN,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2021CV356730 |
| **BUDDI U.S., LLC,** | ) |
| Defendant. | ) |

**NOTICE TO SUPERIOR COURT OF FULTON COUNTY OF FILING NOTICE OF REMOVAL OF BUDDI U.S., LLC IN UNITED STATES DISTRICT COURT**

TO THE CLERK OF THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA:

Defendant Buddi U.S., LLC hereby gives notice that, by filing a Notice of Removal (a copy of which is attached hereto as Exhibit 1) on April 15, 2022 in the United States District Court for the Northern District of Georgia, Defendant Buddi U.S., LLC is removing this case from this Court to said district court pursuant to 28 U.S.C. § 1446.

Respectfully submitted this 15th day of April, 2022.

                                                        */s/ A. Jonathan Jackson*
                                                       Nathan J. Allen
                                                       Georgia Bar No. 141304

nathan.allen@ogletree.com
A. Jonathan Jackson
Georgia Bar No. 852077
jonathan.jackson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone: 404-881-1300
Fax: 404-870-1732
***Attorneys for Defendant***

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **NATHANIEL ERVIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2021CV356730 |
| ) | |
| **BUDDI U.S., LLC,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

It is hereby certified that on April 15, 2022, the foregoing **NOTICE TO SUPERIOR COURT OF FULTON COUNTY OF FILING NOTICE OF REMOVAL OF BUDDI U.S., LLC** with the Clerk of Court. I further certify that I served the foregoing on the below pro se Plaintiff via US Mail:

Nathaniel Ervin
455 Washington Road
Apartment 12-1J
Atlanta, GA 30349

*/s/ A. Jonathan Jackson*
A. Jonathan Jackson
Georgia Bar No. 852077

3