# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NATHANIEL ERVIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:22-cv-01466-LMM-RDC |
| BUDDI U.S., LLC, | ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE OF NATHAN J. ALLEN

COMES NOW Nathan J. Allen of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and hereby enters his appearance in the above-captioned action on behalf of Defendant Buddi U.S., LLC.

This 19th day of April, 2022.

Respectfully submitted,

/s/ Nathan J. Allen
Nathan J. Allen
Georgia Bar No. 141304
A. Jonathan Jackson
Georgia Bar No. 852077
Attorneys for Defendant Buddi US, LLC
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Ninety One Peachtree Tower
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
Telephone: 404-881-1300
Fax: 404-870-1732

2

Nathan.Allen@ogletree.com
jonathan.jackson@ogletree.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NATHANIEL ERVIN,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. . 1:22-cv-01466-LMM-RDC |
| **BUDDI U.S., LLC,** | ) ) |
| **Defendant.** | ) ) |

### CERTIFICATE OF SERVICE

It is hereby certified that the foregoing Notice of Appearance of Nathan J. Allen has been filed electronically with the Clerk of court using the CM/ECF system and served upon the pro se Plaintiff via United States mail:

Nathaniel M. Ervin
4555 Washington Road, Apt. 12-1J
Atlanta, GA 30349

This 19th day of April, 2022.

Respectfully submitted,

*/s/ Nathan J. Allen*
Nathan J. Allen
Georgia Bar No. 141304
Nathan.Allen@ogletree.com

Attorneys for Defendant