# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NATHANIEL ERVIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:22-cv-01466-LMM-RDC ) |
| BUDDI U.S., LLC, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT BUDDI U.S., LLC's
## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure and Local Rule 3.3 of the Northern District of Georgia, Defendant Buddi U.S., LLC. ("Buddi"), respectfully submits this Certificate of Interested Persons and Corporate Disclosure Statement:

(1) The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

a. Plaintiff: Nathaniel Ervin

b. Defendant: Buddi U.S., LLC (Defendant); Big Technologies PLC (Parent Corporation of Defendant)

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Defendant does not believe that any other entity has a financial interest in this case for the purposes of these disclosures.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff is Pro Se**

<u>**Counsel for Defendant**</u>

Nathan J. Allen
Georgia Bar No. 141304
nathan.allen@ogletree.com

A. Jonathan Jackson
Georgia Bar No. 852077
jonathan.jackson@ogletreedeakins.com

OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
One Ninety One Peachtree Tower
191 Peachtree Street, N.E., Suite 4800
Atlanta, Georgia 30303
Telephone:  (404) 881-1300

 Dated this 22nd day of April, 2022

-3-

*/s/ A. Jonathan Jackson*
Nathan J. Allen
Georgia Bar No. 141304
nathan.allen@ogletree.com
A. Jonathan Jackson
Georgia Bar No. 852077
jonathan.jackson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone: 404-881-1300
Fax: 404-870-1732

***Attorneys for Defendant***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATHANIEL ERVIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:22-cv-01466-LMM-RDC ) |
| BUDDI U.S., LLC, | ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I certify that on April 22, 2022 I electronically filed **DEFENDANT BUDDI U.S., LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system. I further certify that I served the foregoing on the below pro se Plaintiff via U.S. Mail:

Nathaniel Ervin
455 Washington Road
Apartment 12-1J
Atlanta, GA 30349

/s/ A. Jonathan Jackson
A. Jonathan Jackson
Georgia Bar No. 852077

-4-